# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
the Priority Mail Express parcel bearing tracking number EJ 226 747 612 US, addressed to: "MonicA CArdenAs, P.O. Box 26274, El Paso TX 79926," with a return address of "LAwRence WARd, 2211 Alberta ST., ST. Louis Mo 63118."

)
)
)
)   Case No. 4:20 MJ 272 (DDN)
)
) SUBMITTED TO THE COURT AND
) SIGNED BY RELIABLE ELECTRONIC MEANS
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __EASTERN__ District of __MISSOURI__
*(identify the person or describe the property to be searched and give its location)*:

**The Priority Mail Express parcel bearing tracking number EJ 226 747 612 US, addressed to: "MonicA CArdenAs, P.O. Box 26274, El Paso TX 79926," with a return address of "LAwRence WARd, 2211 Alberta ST., ST. Louis Mo 63118."**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances and/or United States currency.

**YOU ARE COMMANDED** to execute this warrant on or before __October 14, 2020__ *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m. ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __DAVID D. NOCE__.
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____.

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date and Time issued:   __October 1, 2020 at 12:44 p.m.__        __/s/ David D. Noce__
                                                                    *Judge's signature*

City and State:   __St. Louis, MO__        __Hon. David D. Noce, U.S. Magistrate Judge__
                                              *Printed name and title*

## Return

| Case No.: 4:20 MJ 272 (DDN) | Date and time warrant executed: 10/01/2020  1:35 pm | Copy of warrant and inventory left with: Served on parcel EJ226747612US |
|---|---|---|

Inventory made in the presence of:

Joseph Woodland, Inspector, USPIS

Inventory of the property taken and name of any person(s) seized:

- $5,900.00 in U.S. currency
- Parcel EJ226747612US and its innocuous contents (magazines/periodicals) which served as cover and packaging

Nothing further
10/01/2020

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/01/2020

Executing officer's signature

Wayne House, Inspector, USPIS
*Printed name and title*

On October 1, 2020, this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it. /s/ David D. Noce, U.S. Magistrate Judge, E. D. Mo., October 1, 2020.